**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valley Citrus Packing Co., et al., | No. CV-12-2433-PHX-SMM |
| Plaintiffs, | |
| v. | **ORDER** |
| Travelers Property & Casualty Co., | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 31.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, March 10, 2014 at 3:00 p.m.**

DATED this 7th day of February, 2014.

Stephen M. McNamee
Senior United States District Judge